607 A.2d 562

**Phillip Lee CIARMOLI**

v.

**STATE of Maryland.**

**No. 137, Sept. Term, 1991.**

Court of Appeals of Maryland.

June 12, 1992.

---

José Felipé Anderson, Asst. Public Defender and Stephen E. Harris, Public Defender, both on brief, Baltimore, for petitioner.

Tarra DeShields–Minnis, Asst. Atty. Gen. and J. Joseph Curran, Jr., Atty. Gen., both on brief, Baltimore, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 12th day of June, 1992

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.